**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DISTRICT**

JENNIFER ROSS,

Plaintiff,

v.

CARL ZEISS VISION,

Defendant.

CASE NO. 2:19-cv-12925

HON. ARTHUR J. TARNOW

MAG. DAVID GRAND

---

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Jennifer Ross (“Plaintiff”) and Defendant Carl Zeiss Vision, Inc. (“Defendant”), having stipulated to the entry of an Order dismissing this case with prejudice and without costs or fees, and the Court being otherwise fully-advised in the premises;

**IT IS HEREBY ORDERED** that this matter is Dismissed with Prejudice and without fees or costs as to any Party.

**SO ORDERED.**

Dated: September 16, 2020

s/Arthur J. Tarnow
Honorable Arthur J. Tarnow
United States District Judge

PLAINTIFF AND DEFENDANT, THROUGH THEIR UNDERSIGNED COUNSEL, STIPULATE TO THE ENTRY OF THIS ORDER:

*/s/ Donald A. Van Suilichem (w/consent)*
Donald A. Van Suilichem (P25632)
Van Suilichem & Associates, P.C.
40900 Woodward Avenue, Suite 111
Bloomfield Hills, Michigan 48304
(248) 644-2419
dvslawyer@dvsemploymentlaw.com

*Attorneys for Plaintiff*

Dated: September 14, 2020

*/s/ Jaclyn R. Giffen*
Jaclyn R. Giffen (P75316)
Littler Mendelson, P.C.
200 Renaissance Center, Suite 3110
Detroit, Michigan 48243
(586) 557-2013
jgiffen@littler.com

*Attorneys for Defendant*

Dated: September 14, 2020